IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10386
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TIMOTHY EMMETT DAMRON,

                                        Defendant-Appellant.


                  - - - - - - - - - -
          Appeal from the United States District Court
             for the Northern District of Texas
                  USDC No. 3:94-CR-345-D
                  - - - - - - - - - -
                  December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Timothy Emmett Damron appeals the denial of his motion to
dismiss his indictment for interstate transportation of stolen
motor vehicles on the ground that the district court lacked
federal jurisdiction.  Damron argues that federal agents may not
manufacture federal jurisdiction by demanding that a defendant
deliver the stolen vehicles across state lines solely to
establish the interstate element of the offense.

---

     [*]     Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

As the appellant acknowledges, we have held that such a demand by federal agents does not destroy federal jurisdiction. <u>United States v. Clark</u>, 62 F.3d 110, 114-15 (5th Cir. 1995). Therefore, the district court did not err.

AFFIRMED.